| | | |
|---|---|---|
| KERRI LOVE MCKNATT<br>STEVE LEE MCKNATT<br>103 HANOVER COVE<br>CLINTON, MS 39056 | CITIBANK<br>CENTRALIZED BANKRUPTCY<br>PO BOX 790046<br>ST LOUIS, MO 63179 | NETCREDIT<br>ATTN: BANKRUPTCY<br>175 W JACKSON BLVD<br>STE 600<br>CHICAGO, IL 60604 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | COMENITY<br>PO BOX 182273<br>COLUMBUS, OH 43218-2273 | ONEMAIN<br>PO BOX 1010<br>EVANSVILLE, IN 47706 |
| 24/7 ADVANCE FINANCIAL<br>100 OCEANSIDE DR<br>NASHVILLE, TN 37204 | CREDIT ONE<br>PO BOX 98872<br>LAS VEGAS, NV 89193 | OPPLOANS<br>ATTN: BANKRUPTY<br>P.O.BOX 120<br>COLUMBUS, GA 31902 |
| ADVANCE AMERICA<br>4023 KENNETTE PIKE<br>STE 154<br>WILMINGTON, DE 19807 | FIGURE LENDING<br>ATTN: BANKRUPTCY<br>PO BOX 40534<br>RENO, NV 89504 | PLAZA SERVICES<br>303 2ND ST<br>STE 750<br>SAN FRANCISCO, CA 94107 |
| AFFIRM, INC.<br>ATTN: BANKRUPTCY<br>650 CALIFORNIA ST<br>FL 12<br>SAN FRANCISCO, CA 94108 | FST FRKLN FI<br>ATTN: BANKRUPTCY<br>317 HIGHWAY 80 EAST<br>CLINTON, MS 39056 | REGIONAL FINANCE<br>979 BATESVILLE RD<br>GREER, SC 29651 |
| AT&T<br>PO BOX 5087<br>CAROL STREAM, IL 60197-5087 | JORA CREDIT<br>P.O. BOX 8407<br>PHILADELPHIA, PA 19101 | REPUBLIC FINANCE LLC<br>ATTN: BANKRUPTCY<br>7031COMMERCE CIRCLE<br>BATON ROUGE, LA 70809 |
| BLEECKER BRODEY & ANDR<br>9247 N MERIDIAN ST<br>STE 101<br>INDIANAPOLIS, IN 46260 | KEESLER FCU<br>ATTN: BANKRUPTCY<br>P.O.BOX 7001<br>BILOXI, MS 39531 | RISE CREDIT<br>P.O. BOX 101808<br>FORT WORTH, TX 76185 |
| CAPITAL ONE<br>ATTN: BANKRUPTCY<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130 | LINCARE<br>PO BOX 996<br>BLUE SPRINGS, MO 64013-0996 | SIMPLE FAST LOANS INC<br>8601 DUNWOODY PLACE<br>STE 406<br>ATLANTA, GA 30350 |
| CAPITAL ONE AUTO<br>ATTN: BANKRUPTCY<br>7933 PRESTON RD<br>PLANO, TX 75024 | MARINER FINANCE<br>ATTN: BANKRUPTCY<br>8211 TOWN CENTER DRIVE<br>NOTTINGHAM, MD 21236 | SPIRE RECOVERY SOLUTIO<br>57 CANAL STREET SUITE<br>LOCKPORT, NY 14094 |

```
STARMARK FINANCIAL LLC
800 FAIRWAY DRIVE
DEERFIELD BEACH, FL 33441



TRUSTMARK NATIONAL
ATTN: BANKRUPTCY
248 E CAPITOL ST
JACKSON, MS 39201
```