## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON-3 DIVISIONAL OFFICE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 25-02150 |
| | : | CHAPTER: 13 |
| KERRI LOVE MCKNATT AND STEVE LEE | : | |
| MCKNATT | : | |
|     Debtors | : | |
| | : | |
| | : | |

## NOTICES OF APPEARANCE AND REQUEST
## FOR SERVICE OF ALL NOTICES

Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of FIGRE Trust 2023- HE1a2 (hereinafter referred to as "Creditor") hereby enters its appearance and the law firm of McCalla Raymer Leibert Pierce, LLP, pursuant to Bankruptcy Rules 2002 and 9010, hereby enters their appearance as attorneys for Creditor with regard to all matters and proceedings, pleadings and complaints and adversary proceedings filed in connection with the above-referenced case, showing counsel's name, office address and telephone number as follows:

Karen A. Maxcy
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Rd
Roswell, GA 30076
770-643-7200
Karen.Maxcy@mccalla.com

and hereby requests that the Clerk of Court add the Law Firm to the mailing matrix for said Creditor.

PLEASE TAKE FURTHER NOTICE that this request is made without submitting to the jurisdiction of the Court, without waiving service of process or otherwise waiving and rights.

Respectfully submitted,

McCalla Raymer Leibert Pierce, LLP

By: <u>Karen A. Maxcy</u>
MS State Bar No. 8869
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Rd
Roswell, GA 30076
770-643-7200
Karen.Maxcy@mccalla.com
Attorney for Creditor

# **CERTIFICATE OF SERVICE**

     I, Karen A. Maxcy, of MCCALLA RAYMER LEIBERT PIERCE, LLP certify that I caused a copy of the Notice of Appearance to be served by depositing a copy of same in the United Sates Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Kerri Love McKnatt
101 Hanover Cove
Clinton, MS 39056

Steve Lee McKnatt
101 Hanover Cove
Clinton, MS 39056

Thomas Carl Rollins,                                          *(served via ECF Notification)*
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Torri Parker Martin, Trustee                           *(served via ECF Notification)*
Post Office Box 31980
Jackson, MS 39216

United States Trustee                                       *(served via ECF Notification)*
501 E. Court Street
Suite 6-430
Jackson, MS 39201

This 30th day of September, 2025

*/s/ Karen A. Maxcy*
Karen A. Maxcy
MS BAR NO. 8869
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Rd
Roswell, GA 30076
770-643-7200
Karen.Maxcy@mccalla.com
Attorney for Creditor

NOA