United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-02150-JAW
Kerri Love McKnatt  Chapter 13
Steve Lee McKnatt
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2025 | Form ID: n031 | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kerri Love McKnatt, Steve Lee McKnatt, 101 Hanover Cove, Clinton, MS 39056-5952 |
| 5558024 | + | Fst Frkln Fi, Attn: Bankruptcy, 317 Highway 80 East, Clinton, MS 39056-4717 |
| 5564989 | + | James Eldred Renfroe, Esq., Renfroe & Perilloux, PLLC, Counsel for Trustmark National Bank, 648 Lakeland East Drive, Suite A, Flowood, MS 39232-9574 |
| 5558027 | | Lincare, PO Box 996, Blue Springs, MO 64013-0996 |
| 5558032 | + | Plaza Services, 303 2nd St, Ste 750, San Francisco, CA 94107-1366 |
| 5558037 | + | Spire Recovery Solutio, 57 Canal Street Suite, Lockport, NY 14094-2845 |
| 5582580 | | Wilmington Savings Fund, et al., NewRez LLC DBA, et al., Bankruptcy Department, PO Box 10826, Greenville SC 29603-0826 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 13 2025 19:31:09 | Capital One Auto Finance, a division of Capital On, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Nov 13 2025 19:29:00 | Wilmington Savings Fund Society, FSB, not in its i, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5570658 | + | Email/Text: bankruptcy@1ffc.com | Nov 13 2025 19:30:00 | 1st Franklin Financial Corporation, ATTN: Admin Services, PO BOX 880, Toccoa GA 30577-0880 |
| 5558013 | ^ | MEBN | Nov 13 2025 19:25:08 | 24/7 Advance Financial, 100 Oceanside Dr, Nashville, TN 37204-2351 |
| 5558016 | | Email/Text: g17768@att.com | Nov 13 2025 19:29:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5558014 | + | Email/Text: bnc@teampurpose.com | Nov 13 2025 19:30:00 | Advance America, 4023 Kennette Pike, Ste 154, Wilmington, DE 19807-2018 |
| 5558015 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 13 2025 19:31:09 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5572259 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2025 19:31:09 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5558017 | + | Email/Text: bankruptcy@bbanda.com | Nov 13 2025 19:29:00 | Bleecker Brodey & Andr, 9247 N Meridian St, Ste 101, Indianapolis, IN 46260-1813 |
| 5558018 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2025 19:31:08 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5558019 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 13 2025 19:31:09 | Capital One Auto, Attn: Bankruptcy, 7933 Preston |

| District/off: 0538-3 | User: mssbad | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2025 | Form ID: n031 | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Rd, Plano, TX 75024-2359 |
| 5567451 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 13 2025 19:31:17 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5570358 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 13 2025 19:31:12 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5558020 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2025 19:44:07 | Citibank, Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 5558021 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2025 19:30:00 | Comenity, PO Box 182273, Columbus, OH 43218-2273 |
| 5558022 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 13 2025 19:31:09 | Credit One, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5558023 | ^ | MEBN | Nov 13 2025 19:25:12 | Figure Lending, Attn: Bankruptcy, Po Box 40534, Reno, NV 89504-4534 |
| 5587222 | + | Email/Text: opportunitynotices@gmail.com | Nov 13 2025 19:30:00 | First Electronic Bank, c/o Opportunity Financial, LLC, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 5558025 | | Email/Text: Bankruptcy@joracredit.com | Nov 13 2025 19:29:00 | Jora Credit, P.O. Box 8407, Philadelphia, PA 19101 |
| 5569671 | + | Email/Text: BankruptcyECFMail@mccalla.com | Nov 13 2025 19:29:00 | Karen A. Maxcy, Esq,, McCalla Raymer Leibert Pierce, LLP, Counsel for Wilmington Savings Fund Soci, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| 5558026 | + | Email/Text: melissa.martin@kfcu.org | Nov 13 2025 19:30:00 | Keesler Federal Credit Union, P.O. Box 7001, Biloxi, MS 39534-7001 |
| 5564109 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2025 19:31:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5586229 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 13 2025 19:29:00 | MARINER FINANCE, 8110 CORPORATE DR, NOTTINGHAM MD 21236-5034 |
| 5558028 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 13 2025 19:29:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5558029 | + | Email/Text: netcreditbnc@enova.com | Nov 13 2025 19:30:00 | NetCredit, Attn: Bankruptcy, 175 W Jackson Blvd, Ste 600, Chicago, IL 60604-2948 |
| 5570642 | | Email/PDF: cbp@omf.com | Nov 13 2025 19:31:08 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5558030 | + | Email/PDF: cbp@omf.com | Nov 13 2025 19:31:09 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5558031 | + | Email/Text: opportunitynotices@gmail.com | Nov 13 2025 19:30:00 | OppLoans, Attn: Bankrupty, P.O.Box 120, Columbus, GA 31902-0120 |
| 5570978 | | Email/Text: bnc-quantum@quantum3group.com | Nov 13 2025 19:30:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5587165 | | Email/Text: bnc-quantum@quantum3group.com | Nov 13 2025 19:30:00 | Quantum3 Group LLC as agent for, AXIOM ACQUISITION VENTURES LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5559897 | + | Email/Text: bankruptcy@regionalmanagement.com | Nov 13 2025 19:29:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD STE B, GREER SC 29651-6819 |
| 5558034 | | Email/Text: bankruptcy@republicfinance.com | Nov 13 2025 19:30:00 | Republic Finance Llc, Attn: Bankruptcy, 7031commerce Circle, Baton Rouge, LA 70809 |
| 5566221 | | Email/Text: bankruptcy@republicfinance.com | Nov 13 2025 19:30:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5558033 | + | Email/Text: bankruptcy@regionalmanagement.com | | |

| District/off: 0538-3 | User: mssbad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2025 | Form ID: n031 | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 13 2025 19:29:00 | Regional Finance, 979 Batesville Rd, Greer, SC 29651-6819 |
| 5558035 | + | Email/Text: elevate@ebn.phinsolutions.com | Nov 13 2025 19:30:00 | Rise Credit, P.O. Box 101808, Fort Worth, TX 76185-1808 |
| 5558036 | | Email/Text: bankruptcy_department@clacorp.com | Nov 13 2025 19:29:00 | Simple Fast Loans Inc, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350 |
| 5561283 | | Email/Text: bankruptcy_department@clacorp.com | Nov 13 2025 19:29:00 | Simple Fast Loans, Inc., c/o Legal Dept, 8601 Dunwoody Place, Ste. 406, Atlanta, GA 30350 |
| 5558038 | | Email/Text: bankruptcies@starmarkfin.com | Nov 13 2025 19:30:00 | Starmark Financial Llc, 800 Fairway Drive, Deerfield Beach, FL 33441 |
| 5579040 | | Email/Text: bankruptcynotices@trustmark.com | Nov 13 2025 19:29:00 | Trustmark Bank, P.O. Box 522, Jackson, MS 39205 |
| 5558039 | | Email/Text: bankruptcynotices@trustmark.com | Nov 13 2025 19:29:00 | Trustmark National, Attn: Bankruptcy, 248 E Capitol St, Jackson, MS 39201 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | TRUSTMARK NATIONAL BANK, P O BOX 291, JACKSON MS 39205-0291, address filed with court:, Trustmark Bank, P.O. Box 522, Jackson, MS 39205 |
| 5564990 | *+ | James Eldred Renfroe, Esq., Renfroe & Perilloux, PLLC, Counsel for Trustmark National Bank, 648 Lakeland East Drive, Suite A, Flowood, MS 39232-9574 |
| 5569700 | *+ | Karen A. Maxcy, Esq,, McCalla Raymer Leibert Pierce, LLP, Counsel for Wilmington Savings Fund Soci, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2025           Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James Eldred Renfroe | on behalf of Creditor Trustmark Bank jrenfroe@mslawfirm.biz  kridge@mslawfirm.biz;orenfroe@mslawfirm.biz |
| Karen A. Maxcy | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of FIGRE Trust 2023- HE1a2 karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Steve Lee McKnatt trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-3     User: mssbad     Page 4 of 4
Date Rcvd: Nov 13, 2025     Form ID: n031     Total Noticed: 47

Thomas Carl Rollins, Jr
    on behalf of Debtor Kerri Love McKnatt trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
    tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−02150−JAW
**Chapter:** 13

**In re:**

Kerri Love McKnatt
101 Hanover Cove
Clinton, MS 39056

Steve Lee McKnatt
101 Hanover Cove
Clinton, MS 39056

## Notice of Entry of Order Confirming Plan

The Court entered an Order on November 13, 2025 (Dkt. # 26 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: November 13, 2025                     Danny L. Miller, Clerk of Court