B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

In re  KERRI LOVE MCKNATT and STEVE LEE MCKNATT  ,                    Case No.  3-25-BK-02150

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

LVNV Funding LLC                                              1ST FRANKLIN FINANCIAL CORPORATION
Name of Transferee                                               Name of Transferor

Name and Address where notices to transferee           Court Claim # (if known): _____9_____
should be sent:  LVNV Funding LLC                       Amount of Claim: _____2,125.67_____
    PO Box 10587                                     Date Claim Filed: _____10/1/2025_____
    Greenville SC 29603-0587

Phone:  (877) 264-5884                                   Phone: _____
Last Four Digits of Acct #: _____1321_____           Last Four Digits of Acct. #: ____1321____

Name and Address where transferee payments
should be sent (if different from above):
    Resurgent Capital Services
    PO Box 10587
    Greenville, SC  29603-0587
Phone:  (877) 264-5884
Last Four Digits of Acct #:_____1321_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Helga Ridgeway_____                    Date: 1/9/2026_____
    Transferee/Transferee's Agent
    (877) 264-5884

    AskBk@Resurgent.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.