**Fill in this information to identify the case:**

Debtor 1 <u>Kerri Love McKnatt</u>

Debtor 2 <u>Steve Lee McKnatt</u>
(Spouse, if filing)

United States Bankruptcy Court for the <u>SOUTHERN</u> District of MISSISSIPPI

Case number <u>25-02150-JAW</u>

## Official Form 410S1

# Notice of Mortgage Payment Change                    **12/25**

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of FIGRE Trust 2023- HE1a2

**Court claim no.** (if known): <u>14</u>

| Last 4 digits of any number you use to identify the debtor's account: <u>3372</u> | **Date of payment change:** Must be at least 21 days after date of this notice <u>1/1/2026</u> |
|---|---|
| | **New total payment** Principal, interest, and escrow if any $ 212.37 *For HELOC payment amounts, see Part 3* |

| **Part 1:** | **Escrow Account Payment Adjustment** |
|---|---|

**1.    Will there be a change in the debtor's escrow account payment?**

☒ No

☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

_____

| Current escrow payment: | New escrow payment |
|---|---|

| **Part 2:** | **Mortgage Payment Adjustment** |
|---|---|

**2.    Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No

☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

| Current interest rate: % | New interest rate: % |
|---|---|
| Current principal balance and interest payment: | New principal and interest payment: |

| **Part 3:** | **Annual HELOC Notice** |
|---|---|

**3.    Will there be a change in the debtor's home-equity line of credit (HELOC) payment for the year going forward?**

☐ No

☒ Yes.

Current HELOC Payment $ 212.37

Reconciliation Amount  + $  0.00  or

- $  0.00

Debtor 1      <u>Kerri Love McKnatt</u>         Case number (if known) <u>25-02150-JAW</u>
First Name    Middle Name    Last Name

| | |
|---|---|
| **Amount of Next payment (Including reconciliation amount)** | **$ 212.37** |
| **Amount of the new payment thereafter(without reconciliation amount)** | **$ 212.37** |

| **Part 4:** | **Other payment change** |
|---|---|

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(Court approval may be required before the payment change can take effect.)

Reason for change:

| Current mortgage payment: $_____ | New mortgage payment: $_____ |
|---|---|

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and Print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Leslie Rushing            Date: 1/28/26

Print: Leslie Rushing           Title: Secured Creditor's Authorized Agent

Company: Hill Wallack LLP

Address: 300 S. Orange Avenue, Suite 1000

Orlando, Florida 32801
City      State      Zip Code

Contact: 561-858-2661          Email: lrushing@hillwallack.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 28th day of January 2026, a copy of the foregoing

Notice of Payment Change was caused to be served via CM/ECF electronic filing or via First

Class U.S. Mail upon the following:

### VIA CM/ECF ELECTRONIC NOTICE

**Thomas Carl Rollins, Jr**
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
**Debtor's Attorney**

**Torri Parker Martin**
Torri Parker Martin, Chapter 13 Bankruptcy
Trustee
200 North Congress Street, Ste. 400
Jackson, MS 39201
**Trustee**

**United States Trustee**
501 East Court Street
Suite 6-430
Jackson, MS 39201
**U.S. Trustee**

### VIA FIRST CLASS U.S. MAIL, POSTAGE PREPAID

**Kerri Love McKnatt**
101 Hanover Cove
Clinton, MS 39056
**Debtor**

**Steve Lee McKnatt**
101 Hanover CoveC
linton, MS 39056
**Joint Debtor**

By: :/s/ Christina Constanza
Hill Wallack LLP