IN THE UNITED STATES BANKRUPTCY COURT FOR

Southern District of Mississippi

IN RE:   KERRI LOVE & STEVE LEE MCKNATT                      CHAPTER 13
101 HANOVER COVE                                      Case No:  25-02150-JAW
CLINTON, MS 39056

## CERTIFICATE  OF  SERVICE

I, Torri Parker Martin, Trustee, do hereby certify that I have this date mailed a true and correct copy of the Motion to Allow Claims in regards to same to the above named Debtor at the address as shown on said Motion by United States Mail, postage prepaid and a copy to Debtor's counsel to either the address as shown on said Motion or by ECF Filing Notification.

So Certified   03/19/2026

/s/ Torri Parker Martin
Torri Parker Martin