_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: March 20, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# United States Bankruptcy Court
FOR THE
Southern District of Mississippi

**IN RE:**   KERRI LOVE & STEVE LEE MCKNATT
101 HANOVER COVE
CLINTON, MS 39056

CASE No. 25-02150-JAW

**RE:   WILMIGTON SAVINGS FUND**
NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING
**Court Claim No:  14-1**

## ORDER

   THIS DAY, this cause having come before the Court on the Trustee's Motion to Allow Late Filed / Amended or Supplemental Claims (Dkt.# _39_____ ) of the above named creditor, it is hereby Ordered that the claim set out in said Motion be allowed as recommended by the Trustee and payable as provided by the Debtor(s) plan and the Order of the Court.

   IT IS FURTHER ORDERED  that the Debtor(s) are given 30 days from the entry of this order within which to file a written application for modification of this Order, and in the absence of such application, this Order shall become final.

##END OF ORDER##

SUBMITTED BY:

/s/ Torri Parker Martin _____

Torri Parker Martin
CHAPTER 13 TRUSTEE
200 North Congress St.
Suite 400
Jackson, MS 39201