B-2100A (Form 2100A)(12/15)

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: § 

§   **CASE NO. 25-02150**

§

**KERRI LOVE MCKNATT** §

**STEVE LEE MCKNATT** §

DEBTORS

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of FIGRE Trust 2023-HE1a2 | Wilmington Savings Fund, et al. NewRez LLC DBA, et al. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

> **Cornerstone Servicing**
> **PO Box 4638**
> **Englewood, CO 80155**

Court Claim # (if known): 14-1
Amount of Claim: $19,832.18
Date Claim Filed: 10/29/2025

Phone:
Last Four Digits of Acct #: **xxxxxx8625**

Phone:
Last Four Digits of Acct.# xxxxxx**3372**

Name and Address where transferee payments should be sent (if different from above):

> **Cornerstone Servicing**
> **PO Box 660217**
> **Dallas, TX 75266-0217**

Phone:
Last Four Digits of Acct #: **xxxxxx8625**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Craig A. Edelman

Transferee/Transferee's Agent

Date: 5/21/2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1MSS_Cornerstone_[5007-N-0724]_TOC_2502150_MCKNATT_14_07OC_174

**CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM**

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before May 26, 2026 via U.S Mail.  All other parties in interest listedon the Notice of Electronic Filing have been served electronically.

**Debtor**            *Via U.S. Mail*
Kerri Love Mcknatt
101 Hanover Cv
Clinton, MS 39056-5952


**Debtor**            *Via U.S. Mail*
Steve Lee Mcknatt
101 Hanover Cv
Clinton, MS 39056-5952


Respectfully Submitted,

/s/ Craig A. Edelman
Craig A. Edelman