United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 25-02150-JAW

Kerri Love McKnatt                                                                        Chapter 13

Steve Lee McKnatt

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 27, 2026 | Form ID: n001 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kerri Love McKnatt, Steve Lee McKnatt, 101 Hanover Cove, Clinton, MS 39056-5952 |
| 5582580 | | Wilmington Savings Fund, et al., NewRez LLC DBA, et al., Bankruptcy Department, PO Box 10826, Greenville SC 29603-0826 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5676760 | + | Email/Text: bkmailings@nbsdefaultservices.com | May 27 2026 19:37:00 | Wilmington Savings Fund Society, FSB, c/o Cornerstone Servicing, PO Box 4638, Englewood, CO 80155-4638 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James Eldred Renfroe | on behalf of Creditor Trustmark Bank jrenfroe@mslawfirm.biz  kridge@mslawfirm.biz;orenfroe@mslawfirm.biz |
| Karen A. Maxcy | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of FIGRE Trust 2023- HE1a2 karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |

District/off: 0538-3                       User: mssbad                                    Page 2 of 2
Date Rcvd: May 27, 2026                    Form ID: n001                                 Total Noticed: 3

Michael J McCormick
                    on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of FIGRE
                    Trust 2023- HE1a2 Michael.McCormick@mccalla.com, mccallaecf@ecf.courtdrive.com

Thomas Carl Rollins, Jr
                    on behalf of Debtor Kerri Love McKnatt trollins@therollinsfirm.com
                    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                    nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
                    on behalf of Joint Debtor Steve Lee McKnatt trollins@therollinsfirm.com
                    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                    nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
                    tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
                    USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 7

Form n001−asgnclm (Rev. 4/24)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**  Kerri Love McKnatt
        Steve Lee McKnatt

**Case No.:** 25−02150−JAW

**Chapter** 13

**To:**  Assignee/Transferee

Wilmington Savings Fund Society, FSB
c/o Cornerstone Servicing
PO Box 4638
Englewood, CO 80155

**To:**  Assignor/Transferor

Wilmington Savings Fund, et al.
NewRez LLC DBA, et al.
Bankruptcy Department
PO Box 10826
Greenville SC 29603−0826

### Notice of Assignment/Transfer of Claim

**Notice is hereby given** that an Assignment/Transfer of Claim was filed in the above case. The Assignment/Transfer reflects that Wilmington Savings Fund, et al. NewRez LLC DBA, et al. has assigned/transferred its claim in the amount of $19,832.18 to Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of FIGRE Trust 2023−HE1a2.

**Notice is further given** that pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure, if you object to said Assignment/Transfer then on or before **June 17, 2026** you are required to file a written response.  Registered users of the Electronic Case Filing (ECF) system should file any response using ECF.  Non−registered users should file any response at:

Clerk, U. S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201

**Notice is further given** that if no timely objection is filed, the transferee shall be substituted for the transferor without further order of the court.

Dated: May 27, 2026

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201

601−608−4600