**Fill in this information to identify the case:**

Debtor 1 ___Kerry Love McKnatt___

Debtor 2 ___Steve Lee McKnatt___
(Spouse, if filing)

United States Bankruptcy Court for the: ___Southern___ District of ___MS___
(State)

Case number ___25-02150___

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: ___Trustmark Bank___    Court claim no. (if known): ___13-1___

Last 4 digits of any number you use to identify the debtor's account:    3  5  1  6

Date of payment change:
Must be at least 21 days after date of this notice    09 / 01 / 2026

New total payment:    $ 1620.91
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. Will there be a change in the debtor's escrow account payment?

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $ 496.00    New escrow payment:  $ 622.64

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

| Part 3: | Annual HELOC Notice |
|---|---|

3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?

   ☐ No
   ☐ Yes.

   Current HELOC payment:    $ _____

   Reconciliation amount:    + $ _____ or
                             - $ _____

Debtor 1   **Kerri**      **Love**      **McKnatt**      Case number *(if known)* 25-02150
          First Name   Middle Name   Last Name

| | |
|---|---|
| Amount of next payment (including reconciliation amount) | $_____ |
| Amount of the new payment thereafter (without reconciliation amount) | $_____ |

## Part 4:   Other Payment Change

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment:  $ _____

## Part 5:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

   ☒ I am the creditor.

   ☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ *Pamela J. Thompson*                                     Date 7/16/26
Signature

Print:   **Pamela**      **J**      **Thompson**      Title **Bankruptcy Analyst**
        First Name   Middle Name   Last Name

Company   **Trustmark Bank**

Address   **P.O. Box 522**
         Number      Street
         **Jackson**                    **MS**      **39205**
         City                          State     ZIP Code

Contact phone   (**601**) **208** _ **4977**                  Email _____

**ANALYSIS/REVIEW - PROJECTION STATEMENT** 376    7/16/2026 3:51:17 PM ET    PFSP342

| Account No | Statement: Type | ANNUAL | Date | 07/15/26 |
|---|---|---|---|---|
| SHORTAGE WAS SPREAD | BKR | | | |

### Analysis Based On

| | | | | |
|---|---|---|---|---|
| Anticipated Disbursements | 6541.18 | CP Index Factor | | 0.00% |
| Ideal Escrow Payment | 545.09 | Cushion   C-1/6 | | 865.52 |
| Cycle | 09/01/26 - 08/31/27 | RESPA Max 1/6 Cushion | | 865.52 |
| Analysis Parameter Review | No ✔ | Loan Status Review | | No ✔ |
| Anticipated Escrow Balance Detail | No ✔ | Current PITI | | 1494.27 |
| | | PMI Termination Date | | 00/00/00 |

### Results

| | | | | |
|---|---|---|---|---|
| Lowpoint Month: 04/27 | Anticipated Bal | -65.12 | Required Bal | 865.52 |
| SHORTAGE   -930.64 | DEFICIENCY   .00 | | | |
| Current Escrow Shortage | -930.64 | Percentage of Change | | 25.5322% |
| EA Shortage Spread Used | 12 | View Trial Balance Detail | | No ✔ |

| ---- OLD ---- | ------ PAYMENT DETAIL ------ | --- NEW EFF 09/01/26 - |
|---|---|---|
| 998.27 | PRINCIPAL & INTEREST | 998.27 |
| 496.00 | ESCROW | 545.09 |
| .00 | OPTIONAL INS | .00 |
| .00 | ANCILLARY | .00 |
| .00 | SHORTAGE | 77.55 |
| .00 | DEFICIENCY | .00 |
| .00 | SURPLUS | .00 |
| .00 | ROUNDING   (+/ -) | .00 |
| .00 | BUYDOWN/ASST PMT | .00 |
| .00 | PS MOPR AMT | .00 |
| 1494.27 | TOTAL BORROWER PAYMENT | 1620.91 |

Message:          OK          MORE...

**ANALYSIS/REVIEW - PROJECTION STATEMENT** 376    7/16/2026  3:51:27 PM ET    PFSP344

```
+----------------------------Trial   Balance  Detail   ----------------------------+
|                                                       -                           |
|   -- To  Escrow  --            -- From  Escrow  --         ---- Escrow  Balance  ---- |
|   Month     Antciptd    Cpindex    Antciptd      Desc       ANTCIPTD      Required  |
|                         STARTING BALANCE =>        1666.02    2596.66              |
```

| Month | Antciptd (To) | Cpindex | Antciptd (From) | Desc | ANTCIPTD | Required |
|-------|---------------|---------|-----------------|------|----------|----------|
| 09/26 | 545.09 | .00 | 112.33 | FHA RI | 2098.78 | 3029.42 |
| 10/26 | 545.09 | .00 | 112.33 | FHA RI | 2531.54 | 3462.18 |
| 11/26 | 545.09 | .00 | 112.33 | FHA RI | 2964.30 | 3894.94 |
| 12/26 | 545.09 | .00 | 112.33 | FHA RI | .00 | .00 |
|  | .00 | .00 | 2095.22 | COUNTY | 1301.84 | 2232.48 |
| 01/27 | 545.09 | .00 | 112.33 | FHA RI | 1734.60 | 2665.24 |
| 02/27 | 545.09 | .00 | 112.33 | FHA RI | 2167.36 | 3098.00 |
| 03/27 | 545.09 | .00 | 112.33 | FHA RI | 2600.12 | 3530.76 |
| 04/27 | 545.09 | .00 | 3098.00 | HAZARD | .00 | .00 |
|  | .00 | .00 | 112.33 | FHA RI | -65.12 | 865.52 |
| 05/27 | 545.09 | .00 | 112.33 | FHA RI | 367.64 | 1298.28 |
| 06/27 | 545.09 | .00 | 112.33 | FHA RI | 800.40 | 1731.04 |
| 07/27 | 545.09 | .00 | 112.33 | FHA RI | 1233.16 | 2163.80 |
| 08/27 | 545.09 | .00 | 112.33 | FHA RI | 1665.92 | 2596.56 |

```
+---------------------------------------------------------------------------------+
----
```

Message:    CLICK RETURN TO EXIT                          OK                          BOTTOM

## CERTIFICATE OF SERVICE

I, Pamela J. Thompson, do herby certify that I have this 16th day of July 2026, transmitted via Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above Notice  and a copy of the Notice of Mortgage Payment Change to the Case Trustee, Debtor(s),

**Torri Parker Martin**
tpm@tpmartinch13.com

Pamela J. Thompson
P. O. Box 522
Jackson, MS 39205

**Kerri Love McKnatt**
**Steve Lee McKnatt**
101 Hanover Cove
Clinton, MS 39056

**Thomas Carl Rollins, Jr**

trollins@therollinsfirm.com